# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAGER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX EXPRESS, FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO.: 8:18-cv-01463-JLS-KES<br>*Assigned to Hon. Josephine L. Staton*<br><br>**ORDER**<br><br>Complaint Filed: July 19, 2018<br>Pre-Trial Conf.: December 13, 2019<br>Trial Date: None Set |

**ORDER**

Pursuant to the Stipulation entered into by and between Plaintiff RICHARD MAGER and Defendants FEDEX EXPRESS, FEDEX CORPORATION, and FEDERAL EXPRESS CORPORATION through their respective counsel of record, and good cause appearing thereby,

IT IS HEREBY ORDERED that the matter of Richard Mager v. FedEx Express, et al. filed in the United States District Court for the Central District of California, bearing Case Number 8:18-cv-01463-JLS-KES is hereby dismissed with prejudice in its entirety.

DATED: September 19, 2019

JOSEPHINE L. STATON
_____
JOSEPHINE L. STATON
United States District Court Judge